AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Benjamin #17-068)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **GARRETT VENSLAND** | )  Case No. 17-929-M |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**7/6/17 and 7/11/17**_____ in the county of _____**Philadelphia**_____ in the

____**Eastern**____ District of ____**PA and elsewhere**____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |
| 18 U.S.C. Section 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
**See Attached Affidavit.**

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Daron Schreier, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 10, 2017

City and state: Philadelphia, Pa

_____
_Judge's signature_

Hon. David R. Strawbridge, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Daron Schreier, being duly sworn, do hereby depose and state:

## I.  BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation, and have been since January of 2006.  Since August of 2006, I have been assigned to the Philadelphia Division where I have been a member of the Joint Terrorism Task Force, the Cyber squad, and most recently the Violent Crimes Against Children squad.  I have received training from the FBI in the fields of international terrorism, counter-intelligence, computer crime, and the enforcement of federal child pornography laws.  As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2.      I make this affidavit in support of an arrest warrant for GARRET VENSLAND, date of birth 03/02/1990, for Transportation of Minors - Travel with Intent to Engage in Illicit Sexual Conduct in violation of Title 18 United States Code 2423(b), and Distribution of Child Pornography in violation of Title 18, United States Code, 2252(a)(2).

3.      The statements contained in this affidavit are based upon my investigation, information provided by other FBI agents and Law Enforcement officers, and on my experience and training as a Special Agent of the FBI.

4.      Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to arrest GARRET VENSLAND for the crime of Transportation of Minors - Travel with Intent to Engage in Illicit Sexual Conduct in violation of Title 18 United States Code 2423(b), and Distribution and Possession of Child Pornography in violation of Title 18, United States Code, 2252(a)(2) and (a)(4).  .

## II.  APPLICABLE STATUTES

5.      Title 18, United States Code, Section 2252(a)(2) and (b)(1) make it a crime to knowingly receive or distribute, or attempt or conspire to receive or distribute, any visual depiction, using any means or facility of interstate or foreign commerce or which has been mailed, or that has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been so shipped or transported, by any means including by computer, a visual depiction of a minor engaged in sexually explicit conduct, produced using a minor engaged in such conduct.

6.      Title 18, United States Code, Section 2252(a)(4)(B) makes it a crime to knowingly possess one or more matters which contain any visual depiction of a minor engaged in sexually explicit conduct, produced using a minor engaged in such conduct, that has been mailed or that has been transported using any means or facility of interstate or foreign commerce

or in or affecting interstate or foreign commerce, or were produced using materials that were mailed or so transported, by any means including by computer.

7.      Title 18 United States Code, Section 2256(2)(A) defines "sexually explicit conduct" as actual or simulated: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or the lascivious exhibition of the genitals or pubic area of any person.

8.      Title 18, United States Code, Section 2423(b) make it a crime to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person.  Illicit sexual conduct is a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

9.      Title 18, United States Code, Section 2246(2) defines a "sexual act" as:

    a.  Contact between the penis and the vulva or the penis and the anus; contact involving the penis occurs upon penetration, however slight;

    b.  Contact between the mouth and the penis, the mouth and vulva, or the mouth and the anus;

    c.  The penetration, however slight, of the anal or genital opening of another by a hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person; or

    d.  The intentional touching, not through the clothing, of the genitalia or another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

III.    PROBABLE CAUSE

10.      On approximately June 14, 2017, an FBI Agent in Philadelphia, acting in an undercover capacity (hereafter referred to as Online Covert Employee or OCE), posted an advertisement on Craigslist, an online classifieds service.  The advertisement was posted on the Williamsport (Pennsylvania) Craigslist web page in the "personals/casual encounters" section.  The advertisement was titled "taboo friend – m4m" and the body of the advertisement contained the following text: "looking for anyone interested in joining me in some taboo chat and maybe more.  serious replies only!"

11.      On approximately June 14, 2017, the OCE received a reply to the posted advertisement through the Craigslist email relay server system.  The email relay server system masks an individual's true email address by assigning the user a specific Craiglist email address.  Any emails sent through the speicfic Craigslist email address are relayed to/from the users true email address.  That allows the user to log into their normal email account (for example, a

Google or Yahoo account) and send an email to another Craigslist user.  The recipient of the email will see that the email originated from a Craigslist email address and not the senders true email account.  In turn, any response is sent to the same Craigslist email address and then relayed automatically to the users true email account.

12.     The reply received by the OCE on approximately June 14, 2017, originated from "Traveling Craigslister" with a Craigslist email address of e0457a2dc9ee3b7b90defd49625c6bbf@reply.craigslist.org.  The following conversation occurred between Traveling Craigslister (hereafter referred to as TC) and the OCE on approximately June 14, 2017:

  a.  TC: I'm interested in chatting, Got Wickr?
  b.  OCE: no, but I guess I could download it.  what are you into? i'm 37 y/o, you?
  c.  TC: Its an end-to-end secure messaging app that has auto deletion set-up so its pretty secure.  I'm into little ones, family, incest, bondage, orgasm play (edging denial, forced), massage, authority figures, and open to more.  I'm 27 y/o.  I'm looking for families that share, or other guys to share our experiences.  You?
  d.  OCE: wickr sounds pretty good.  Let me look into downloading it.  I'm into little ones too, family, dad/son especially.  I don't generally like younger than 5…you?  You have any experience with young?  Would love to hear about it.
  e.  TC: Oh yeah guy pairings are awesome.  I tend to like boys that can actually feel the pleasure, so infants/toddlers don't do anything for me.  So yeah 6+ is what I like and when they get their adult bodies (like 16ish) it drops off again.  I have a couple experiences yeah, have you?  Get Wickr and we can talk about them.
  f.  OCE: ok, I downloaded wickr.  My username is [REDACTED].  You want to just send me a message there?
  g.  TC: Sent you a message  KirkKinkster

13.     Beginning on approximately June 14, 2017, OCE began communicating with the individuals utilizing the screenname "KirkKinkster" on Wickr.  According to www.wickr.com, Wickr is a private communication service which allows 1 to 1 messaging, group chat, sharing of files including photos and videos, and voice messaging.  The core of all Wickr products is their patented security architecture powered by multilayers of peer-to-peer encryption.  Wickr specifically states that they support law enforcement's mission to counter crime within the bounds of the law, and require a warrant before handing over the contents of communications.  Wickr specifies that their encryption technology leaves contents they might lawfully release undecipherable.  Wickr uses message expiration, which can be set in each message, or in a user's Wickr settings.  Messages start expiring on the sender's device once they are sent, and the expiration countdown begins on the recipients device once they are unlocked.  Expiration can range anywhere from 3 seconds to 6 days.

14.     Between approximately June 14, 2017 and July 10, 2017, OCE and KirkKinkster communicated via Wickr.  The following exchanges occurred during this time:

  a.  On June 14, 2017:

      I.     KirkKinkster: Just started using this app recently when I've started searching for other like minded people [smirk face emoji]

b.  On June 14, 2017:

      I.     KirkKinkster: I have some experiences I like sharing about, have you been able to find boys to play with too?

     II.    OCE: only one unfortunately. With a dad and his 9 yo boy. The boy was a little shy so he wasn't willing to do too much with me. I'm trying to set up another meeting with them, but so far no luck. I get so hard thinking about how good it could be

    III.    …

    IV.    KirkKinster: Yeah let me copy the story about the boy from my work. I types it up so many times already lol.  My story is about Samuel, a boy from my old job. I used to work as a teen center supervisor. That gig was amazing, not the least of which because I met Samuel. He was 13yo but looked younger because he had an accident skateboarding when he was little that damaged his body in a way that stunted his growth. This was an embarrassing fact for him but we got very close and he felt comfortable talking to me about it. We would often be alone or nearly alone on slow nights at the center so we could talk together. If that place didn't have cameras boy would I have loved it more! Eventually we got close enough that he made a move on me and I knew he wanted to hook up. On one weekend we planned to meet at my place. On one weekend we planned to meet at my place. He told his parents he was staying at a friends house. He stayed with me until the center closed. Right before I told him to go wait in my car. He got in the back seat and hid from the other staff that locked up with me. They didn't see him when I got in my car and drove off towards my apartment. The short drive felt like an eternity. My heart was beating out of my chest and I was so nervous. Sam looked like he was feeling the same way. I parked in the garage and led Sam up to my apartment and we started to loosen up. I told him I needed to shower after a long day and he was welcome to take one after me, or join me. To my dismay he didn't jump in with me but waited until I was done. I decided not to put on a towel and passed him in the nude watching his little eyes land on my cock. His shower wasn't long but was enough time to get my bed ready. We he came out he had his white briefs on and came into my room. OI didn't say a word, instead I started kissing him and leading him over to the bed. We made out for a little bit and I rubbed his dick through his underwear. I slowly pulled down his briefs to reveal the sexiest cock I'd ever seen. He was gorgeous. I couldn't resist and started sucking him right there. His cute little moans made me harder than I had ever been before. It didn't take long until he shot his first load into my mouth which I hastily gulped down.  He tried to return the favor to me, and while I enjoyed it it was obvious he had no experience sucking cock. He sucked me for a few minutes then I said "that's enough, I want to finish in your

4

ass." He seemed hesitant at first but I assured him it would feel good. He laid on the end of my bed with his ass over the side and legs down on the floor. I grabbed my lube and started toying with his ass gently massaging and stretching it. I didn't want to hurt him. It took about 20 minutes but I finally decided that he was loose enough and asked him if he was ready. He was still nervous that I could tell, but he said yes. I lubed up my dick and slowly started to push in. He let out a gaps and clenched the sheets. As I got deeper he moaned and squirmed but didn't ask me to stop nor looked like he was in pain. Finally I was all the way in. I bent over and laid on his back for a moment and kissed the back of his neck. "I'm going to move now" I said and started to slowly and gently fuck his tight little preteen ass. He moaned and gasped as I plunged my throbbing cock in his ass and over his prostate. It was the sexist this ever! I'd didn't take me long until I couldn't hold back and I shot a huge load in his ass. The rest of the night we spend rubbing, sucking, cuddling, and making out until we both fell asleep in each others arms. I drove him home in the morning.

V.  OCE: holy shit man. That for real???

VI.  KirkKinkster: Yeah. That was an awesome time in my life. He wanted me to suck him off every day in the bathroom at my work and I was able to get him over to my apartment lots of time.

VII.  OCE: How old were you when it happened?

VIII.  KirkKinkster: 22

c.  On June 14, 2017:

    I.  KirkKinkster: my dad kicked me out cause he got a new wife that didn't want him to be near his kids.

    II.  OCE: oh man. Did you ever get to do anything with his wife's kids?

    III.  KirkKinkster: Yeah. I played with her 12yo boy he was amazing!

    IV.  OCE: dude, you must be the luckiest guy out there! I'm so jealous. Is 12 the youngest you've gotten? Or do you have more amazing stories?

    V.  KirkKinkster: Lol yeah I know. Back then I had everything!

    VI.  OCE: man. Maybe we could all hook up with my buddy and his 9 yo. Ive been wanting to get back with him so bad

    VII.  KirkKinkster: Well I play with some families now that have young kids. It's not as great as when I had 1-on-1 time with my boys, but their kids are pretty good too. That would be amazing [tongue out emoji]

    VIII.  OCE: play with families? Like through work or something?

    IX.  KirkKinkster: Did the 9yo seem like he liked it?

    X.  OCE: cause if so, I want your job!

    XI.  KirkKinkster: No just through CL. I mean I am flight crew so I can play with these families all over the place [purple face emoji]. A couple are in Texas and one is in Kentucky

    XII.  …

    XIII.  KirkKinkster: I live in Minnesota, but I just travel anywhere I want whenever I want!

d.  On June 15, 2017:
- I.    OCE: So you got any upcoming travel and family play time scheduled?
- II.   KirkKinkster: Yeah. I have a meet up scheduled for Sunday. We'll see how it goes
- III.  …
- IV.   OCE: sunday?? I envy you man. A family you've already been with a new play date? […] man, id kill to be able to join you. You playing anywhere near PA? lol
- V.    KirkKinkster: Nope. No luck there but I haven't looked too hard. I don't go there often enough.
- VI.   OCE: bummer. I gotta get another playdate with that 9 yo. Gotta make it a regular thing. Then maybe if you ever get out this way we can all play together.
- VII.  KirkKinkster: Dude I would totally love that! Keep me posted on your progress [kissy face emoji]

e.  On June 20, 2017:
- I.    OCE: Did you ever take pics or vids of your boys? I want to next time I meet up with my buddy and his boy, but im afraid the idea will scare them off. Any thoughts?
- II.   …
- III.  KirkKinkster: I [n]ever took pics/vids just in case it ever came back to me. I look at other stuff just not my boys or me.  I wouldn't push the idea personally. I mean it's super sexy to have a memento of your time together but it might really rub him the wrong way and you may lose the good thing you have going. If you want to bring up the idea without being for it "have you ever thought about…" is the strongest I would go with the suggestion.
- IV.   OCE: that's good advice man. I suppose first is just getting it to be a regular thing. Then maybe talk about pics/video later.
- V.    …
- VI.   KirkKinkster: Yeah getting on their good side and making it a regular activity is definitely the first thing to do!
- VII.  …
- VIII. OCE: once I get my thing regular, I'll make sure you always have a playdate in PA!
- IX.   KirkKinkster: oh hell yes dude! Dunno how I can repay you though!
- X.    OCE: us pervs gotta look out for each other. I'm sure somewhere down the road you'd hook me up with a play date too!
- XI.   KirkKinkster: If I find one hell yes I'd invite you! I'll let you know if I get any bites! I hope you keep me in the loop with how your dad/kid hookup goes!

f.  On June 21, 2017:

6

    I.    OCE: you said your a pilot or something right? Philly has a pretty big airport so I'm sure you could find a reason to come to the area!

    II.    KirkKinkster: Well flight attendant, but yeah I can just pop over anywhere I want! It makes finding guys into this stuff so much easier cause I have the whole country (and world to an extent) to explore!

    III.    OCE: awesome. Well now you found yourself a guy in philly! Lol, your goal should be one per state!

    IV.    KirkKinkster: Only one?! Lol I plan to be banging every boy across the country! But yeah seriously I just want like one for every one of my typical overnight stays so I can fuck every night of a trip I have.

    V.    OCE: that would be amazing!

    VI.    KirkKinkster: I know right? Sweet tight boy ass every night!

g. On June 23, 2017:

    I.    OCE: Any prospects for you?

    II.    KirkKinkster: Not looking good. One of the families hasn't talked to me in a while. We were supposed to meet up but he didn't get back to me and is t returning my texts [crying emoji]. And I had a guy respond that was close to me claiming to be a dad with a 9yo son, but it appears I was catfishes cause he deleted his Wickr after I sent him a few vids.

    III.    OCE: that sucks. I still got you though. Assuming all goes well for me this weekend, and ill float the idea about inviting you to play with us. Do you think that guy scammed you for perv videos and then disappeared? Dick move

    IV.    KirkKinkster: Honestly I'm not sure. It looks that way, but I only sent him a couple to shoe I was interested. He could have gotten more out of me but didn't. It's weird. For now you look out for you. If asking about someone else joining will put your fun in jeopardy don't feel like you have to. You're situation is new enough that I don't want you to risk it if you don't have to!

    V.    …

    VI.    OCE: With that guy you sent stuff to and then disappeared, are you worried he might have been a cop? Do you think we're ok still talking on here? Sorry, I get a little paranoid sometimes.

    VII.    KirkKinkster: I don't honk he's a cop no. The cops don't normally frequent these places and even if they do there isn't a way to track this stuff, especially when I travel so much they certainly cant get a lock on my position. I think he was just a honey or ashamed guy looking for a quick fap.

h. June 26, 2017:

    I.    OCE: The play date happened!!! God, I don't even know where to begin. I think I told you that the first time I was really cautious because I didn't want to scare the boy. Well no such problem this time! It was amazing. We bred him so many times I couldn't even see straight afterwards. Lol.

We got together Saturday night. I had to lie to my bf and tell him there was an emergency at work. He's a little crazy and overbearing. So I only had a few hours with the boy, but it was unreal.

II.  KirkKinkster: Oh my god I'm so glad it worked for you dude!  How did it start? Did the dad make him suck you first?

III.  OCE: dad let me go first, then we'd share him back and forth. Lol, the first time for me, I was so ready to go that when he started sucking me I blew in his mouth almost immediately!

IV.  KirkKinkster: lol yeah that'll happen when you get such a perfect situation like that lol! Did he invite you back anytime you want?

V.  OCE: yeah, basically any time he and the boy are available, I can play. its unbelievable. The boy seemed to love it too. That made me happy.  It went so well I even was able to bring up the idea of inviting another friend, and my buddy seemed open to the idea. I told you I would look out for you!!

VI.  KirkKinkster: I'm so glad you were able to find them! It's great when you've got a boy that you can play with any time you want! I love it when the boy loves it as well!  Ok oh wow dude that is awesome! I'll need to come over and take you up on that offer! Any chance they'll be available this weekend? (1st, 2nd)

VII.  OCE: oh you could come that soon? Awesome! Let me check! I know his custody arrangement with his ex limits him a bit. Are you only good on weekends or can you come other times? I generally work during the week, but I will happily take a day off anytime to play with him

VIII.  KirkKinkster: My schedule usually varies a lot but next month I have the 1st-4th off then every Tuesday/Wednesday off after that. The 1st/2nd is the o my weekend I have off (and then next time I have off) so I thought I'd propose that lol.

IX.  …

X.  OCE:  hey, so my buddy won't have his son this weekend, but he thinks he can get him the week after the 4th. So I think your days off that week would be the 11th and 12th? I can put in for a day off work either (or both, lol). Let me know what you think!

XI.  KirkKinkster: Yeah I've got the 11th and 12th off. I'll look at the flights those days but if it works out I'll fly in the night of the 10th and be up to play the 11th and leave on the 12th.  That rocks dude! So glad I found you lol! What town are you guys in again? Near Pittsburg?

XII.  OCE: lol, fly into Philadelphia. Pittsburgh would leave you 5 hours away! ill see where he wants to play. I'm thinking he'll suggest a hotel since he's never met you before. He did the same thing with me first time.

XIII.  …

XIV.  KirkKinster: It'll be so much fun to finally meet up with you guys!!

XV.  OCE: I wish it was this weekend. This is going to be a long wait! Now that I finally got a taste for the boy, I want him every night.  What kind of stuff are you going to do with that sweet piece of ass? My buddy is pretty open, as long as he doesn't get hurt

8

XVI.  KirkKinkster: I know right?  Waiting is hard lol.  Well there are things I'd love to do but for a first meet up I'd keep it simple.  Sucking, jacking, fucking if he's into it.  I'm not a fan of pain but I do like bondage, toying, teasing and stuff.  But that will probably be for another day if he lets me come back lol

XVII.  OCE: the boy is definitely into fucking.  I promise you that!  I think it's probably smart to keep it simple the first time, but no harm in bringing some bondage stuff and seeing what happens!  That would be pretty fucking hot to tie him up

XVIII.  KirkKinkster: Well I'm definitely into fucking him so it's a good match lol.  I will certainly bring my stuff even if only for the fact that while you or dad is fucking him I can use my toys for fun myself!

i.  June 27, 2017:

    I.  KirkKinkster: Let me know which hotel you guys used last time and I'll book the same one!

    II.  …

    III.  OCE: he said the book at the Clarion Hotel Philadelphia International Airport. Address is 76 industrial hwy, Essington PA. let me know if that's cool!

    IV.  KirkKinkster: Hey I checked my flights and I can get out to the area anytime on the 10th. I looked at the rooms and I can't decide which one to pick but I see the hotel he wants.  What day and time will you guys be over to play so I know when to book it for. Is there a certain time period… or will you be joining me on the 10th for a three day long fuck fest lol.

    V.  …

    VI.  KirkKinkster: Ok so I will book it for 3pm on the 10th to 12pm on the 11th. Is that ok with everyone?

    VII.  OCE: yep! Fuck man, that's a lot of time to breed that boy. And that's just the first day!  You cool with sending a screenshot or something of the reservation once you make it? ive given my friend my word that you are for real, but I know he'd feel more comfortable with something to back it up. Hope that's ok.

    VIII.  …

    IX.  KirkKinkster: What do you think, two double beds, or 1 king bed with "2-person whirlpool in bath"?  I gotta get to work so I went with the double bed! [SENDS SCREENSHOT OF RESERVATION NUMBER 16834847 FOR JULY 10 TO JULY 11, 2017 AT THE CLARION HOTEL, 76 INDUSTRIAL HIGHWAY, ESSINGTON PA]

j.  June 28, 2017:

    I.  KirkKinkster: Does the boy like to get sucked off too? Does he shoot yet or still have dry orgasms?

    II.  …

    III.  OCE: he did seem to enjoy getting sucked off so hopefully you'll help him

out there, lol. And he's not shooting yet, still dry.

IV.   KirkKinkster: Fuck that's hot I'm going to suck so many step orgasms out of that boy! Dry orgasms*

V.   OCE: I officially got the time off work for July 10 to 12! My boss is always cool about taking time off, but I was nervous this time he would say no for some stupid reason.

VI.   KirkKinkster: Nice dude! I am getting so excited for this! It's hard to wait so long. I am about to go to work but when I get the chance I am going to call the hotel and ask for an upgraded room. I will bring all my toys with me and hopefully we can have some wild kinky fun with all of us!!

k.   July 4, 2017:

I.   KirkKinkster: Happy 4th of July...though the real celebration with enjoyable "explosions" is still 6 days away [smirk face emoji]

l.   July 5, 2017:

I.   OCE: Do you have your flight yet??

II.   …

III.   KirkKinkster: Yep I be got my flight picked out and everything! The days are going by so slowly, but it's getting closer and I'm getting so excited!

IV.   OCE: I'm beyond excited man. Work has been moving at a snails pace today! Sorry to have to ask but my buddy wanted to make sure you're legit. Is there anything you can send about the flight to show you booked something? Kinda like with the hotel? I get where he's coming from, but I also get if you're not comfortable with it. I'll figure something out to tell him if you're not comfortable.

V.   KirkKinkster: Well I don't book flights so I don't know what to send you. As a flight attendant I just show up and get on. There isn't any documentation really. Is there something else I can send him? I can send him some CP if he wants so he knows I'm legit.

VI.   OCE: oh that's cool. I didn't know you could just go on flights whenever you wanted. That's a sweet deal! Yeah, if you're ok with sending some CP I'm sure he'll love that. Who wouldn't?? lol. Do you want him to get a wickr acct too? Or do you want to send it another way?

VII.   KirkKinkster: Yeah the benefits are awesome! I can easily fly out to see any boy I find [smirk face emoji] Yeah if he has a Wickr account that would be great. I can send stuff right now if he's on soon enough or later tonight.

VIII.   …

IX.   OCE: ok, he said he set up an account. His screen name is [REDACTED]

X.   KirkKinkster: Kk I'll send him a message

15.   Between approximately July 5 and July 6, 2017, OCE utilized a second Wickr screenname to communicate with "KirkKinkster". The following exchanges occurred:

a. July 5, 2017:

  I.   KirkKinkster: Hey dude, are you [ORIGINAL OCE SCREEN NAME]'s friend?

  II.  OCE: Yeah.  He said you'd be sending me something

  III. KirkKinkster: I definitely can but I'm driving right now, I'll send you stuff tonight.  Let me know what you like.

  IV.  OCE: Ok.  I think my tastes are similar to yours.  Dad/son stuff.  Nothing younger than 5 tho.

  V.   KirkKinkster: Got it.  When I get to my hotel room tonight I'll send you some clips.

b. July 6, 2017:

  I.    KirkKinkster: Hey I'm at my hotel.  If you've already gone asleep then hopefully you'll be waking up to a nice surprise [wink face emoji]

  II.   KirkKinkster: This video is "Anthoney_9yo with dad"  It's 20 minutes long so I'll send you a few clips.  I can only send 30 second recordings through this app, but I'd be more than happy to bring all this with me when we meet. [ATTACHED VIDEO: Video is approximately 30 seconds in length and depicts a pre-pubescent boy lying on a bed wearing shorts. An adult male is naked and masturbating next to the bed.  The video then depicts the boy masturbating the adult male.]

  III.  …

  IV.   KirkKinkster: Two videos from a dad/son swap meet up.  [ATTACHED VIDEO: Video is approximately 30 seconds in length and depicts a close-up of the genital area of a pre-pubescent boy as he is being anally penetrated by an adult male penis]

  V.    …

  VI.   KirkKinkster: A video "Mikael suck end fuck from man"  Another long vid so only a few clips [ATTACHED VIDEO: Video is approximately 30 seconds in length and depicts a boy, approximately 8 to 10 years of age, performing oral sex on an adult male penis.]

  VII.  …

  VIII. KirkKinkster: You'll have to tell me how like those tomorrow dude!  I hope you know I'm legit now and really excited to meet you!  If there's anything else you want let me know!

  IX.   OCE: You are the fucking man.  We are going to have a great time next week.  You should definitely bring these videos with you if you can.  It'll be awesome to watch together!

  X.    KirkKinkster: I definitely will!  I'm really glad that you liked them!

16.    The Clarion Hotel provided the following information pertaining to reservation number 16834847:

a. Reservation Dates: July 10 – July 11, 2017

b. Location: Clarion Hotel Philadelphia International Airport, 76 Industrial

11

Highway, Essington PA 19029
c. Number of Rooms: 1
d. Name: GARRET VENSLAND
e. Address: Rogers, MN 55374
f. Email: garretvensland@gmail.com
g. Phone: 763-234-7915

17.     A search of the Accurint database for GARRET VENSLAND in Minnesota resulted in one positive hit, which further identified VENSLAND as having a date of birth of March 2, 1990, and social security number of XXX-XX-1723.  VENSLAND'S address as of June 2017 was listed as 13600 Commerce Blvd, Apt 267, Rogers, MN 55374.

18.     Records from the Minnesota Department of Motor Vehicles found that a Minnesota driver's license for a GARRET DAVID VENSLAND, date of birth March 2, 1990, was issued on December 28, 2016.  The listed address was 13600 Commerce Blvd, Apt 267, Rogers, MN 55374 and a photograph was provided.

19.     A search of Facebook found a page for a GARRET VENSLAND (www.facebook.com/garret.vensland) who lives in a Rogers, Minnesota and is affiliated with Compass Airlines.  A comparison of photos found on the Facebook page to the driver's license photo of VENSLAND appeared to depict the same individual.

20.     A review of the website for Compass Airlines found that it is a regional carrier headquartered in Minneapolis, Minnesota, and operates flights for Delta Airlines and American Airlines.  A review of the website found a listing for all flight attendants for Compass Airlines. An entry was located for GARRET VENSLAND, Compass ID Number 891824, date of hire 10/21/2013.

21.     In response to multiple Administrative Subpoena issued by the Philadelphia Division of the FBI, Craigslist provided records pertaining to email address e0457a2dc9ee3b7b90defd49625c6bbf@reply.craigslist.org.  Craigslist identified the user's true email address as travelingcraigslister@gmail.com.  Craigslist provided records pertaining to approximately 111 advertisements posted by the user of travelingcraigslister@gmail.com between July 2, 2016 and June 25, 2017.  The most recent advertisement posted by this user was on the Edmonton, AB Craigslist web page on June 25, 2017 at 10:43:00PM (Pacific) from IP address 24.118.145.60.  The advertisement was titled "Taboo – m4m" and contained the following text in the body: "Anybody want to chat about some taboo subjects?  I'm into some stuff that not everyone else is and love chatting about it with other guys.  Maybe you like young guys too?  Lets swap stories and maybe role-play if you're up for it!"

22.     A search of the American Registry for Internet Numbers (www.arin.net) found that IP address 24.118.145.60 is assigned to Comcast.  In response to an Administrative Subpoena issued by the Philadelphia Division of the FBI, Comcast identified the subscriber of IP address 24.118.145.60 at June 25, 2017 at 10:43:00PM (Pacific) as Gavin Vensland, 13600 Commerce Blvd, Apt 267, Rogers, MN 55374.

23.     In response to an Administrative Subpoena, Wickr provided information pertaining to username "KirkKinkster".  The account was created on June 9, 2017 and as of June 30, 2017, was being accessed from an iPhone.  As of June 30, 2017, KirkKinkster sent 1347 messages and received 1199 messages.

24.     On July 10, 2017, Gavin Vensland was observed by FBI agents in Minnesota, MN, boarding Delta Flight 1491, scheduled to depart Minneapolis at 7:00am, and arrive in Philadelphia, Pennsylvania, approximately 10:30 am. Gavin Vensland arrived on Flight 1491 at Philadelphia International Airport, Gate D8, at approximately 10:30 am, on July 10, 2017. This affiant recognized Vensland from photographs and the fact that he was wearing a flight attendant uniform, as he entered the terminal area. Vensland was arrested immediately without incident.

IV.    CONCLUSION

25.     Based on the facts set forth above, I have probable cause to believe that violations of 18 U.S.C. 2423(b) [Transportation of Minors - Travel With Intent To Engage In Illicit Sexual Conduct] and Title 18, U.S.C., 2252(a)(2) [Distribution of Child Pornography], have been committed by GARRET VENSLAND.  I therefore respectfully request the issuance of an arrest warrant.

Daron Schreier
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to me this 10th
day of July 2017.

HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge

13